No. 1029, October Term, 1968. DeLury et al. v. City of New York, 394 U. S. 455; and

No. 1610, Misc., October Term, 1968. Delgado v. United States, 394 U. S. 966. Motions for leave to file petitions for rehearing denied. The Chief Justice took no part in the consideration or decision of these motions.

No. 887, Misc., October Term, 1968. Robinson v. United States, 393 U. S. 1057 and 1124. Motion for leave to file second petition for rehearing denied. The Chief Justice took no part in the consideration or decision of this motion.

No. 979, Misc., October Term, 1968. Sellers v. Laird, Secretary of Defense, et al., 395 U. S. 950. Petition for rehearing and other relief denied. The Chief Justice took no part in the consideration or decision of this petition.

No. 1574, Misc., October Term, 1968. Lupino v. Young, Warden, 394 U. S. 969. Motion of Minnesota Civil Liberties Union for leave to file a brief as amicus curiae granted. Petition for rehearing denied. The Chief Justice took no part in the consideration or decision of this motion and petition. Lynn S. Castner and John S. Connolly on the motion in support of the petition for rehearing.

October 20, 1969

No. 353, October Term, 1968. Ratcliff v. Bruce et al., 393 U. S. 848, 956. Motion to reinstate petition for writ of certiorari denied. The Chief Justice took no part in the consideration or decision of this motion.